IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RICHARD A. YEAGER and DEANA J. YEAGER, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CIV. ACT. NO. 1:17-cv-574-ECM ) |
| OCWEN LOAN SERVICING, LLC, | ) ) |
| Defendant. | ) |

## **O R D E R**

Upon consideration of the joint stipulation for dismissal (doc. # 54) filed on November 27, 2018, and for good cause, it is

ORDERED and ADJUDGED that this case be and is hereby DISMISSED with prejudice, each party to bear its own costs. It is further

ORDERED that all pending deadlines are terminated and all pending motions are hereby DENIED as moot.

DONE this 27th day of November, 2018.

                                                                           /s/ Emily C. Marks
                                                        EMILY C. MARKS
                                                        UNITED STATES DISTRICT JUDGE